

September 20, 2018

**VIA EMAIL ONLY**
Ross McLinden
General Counsel
175 North 27th Street
Billings, Montana 59101
(406) 690-0257
rmclinden@avitusgroup.com

    RE:    **Fund Withdrawals**

Dear Mr. McLinden:

    We are writing to inform you that, effective immediately, Avitus Group, Inc. is not authorized to withdraw or debit any funds (via ACH Withdrawal or any other means) from any account held by Scoobeez, a California corporation (also known as Scoobeez, Inc.) or Scoobeez Global, Inc., an Idaho corporation, at any financial institution.  Please inform your Finance Department regarding the withdrawal of this authorization.  While no further action is required on your part to effectuate the above, at your earliest convenience, please reply to this letter confirming receipt and your intent to comply.

    We appreciate your attention to this matter and look forward to a reply at your earliest convenience.  Should you have any questions, please do not hesitate to contact me at (844) Scoobeez x1190.

Warmest Regards,

*Scott A. Sheikh*

Scott A. Sheikh, Esq.
General Counsel

**EXHIBIT 4**

396 Pasadena Ave., Pasadena, CA 91105 • 844-Scoobeez • www.scoobeez.com