Doug James
Adam J. Tunning
MOULTON BELLINGHAM PC
27 N. 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com
Adam.Tunning@moultonbellingham.com

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC.,<br><br>                      Plaintiff,<br><br>-vs-<br><br>SCOOBEEZ, INC., SHAHAN OHANESSIAN, SCOOBEEZ GLOBAL, INC., and JOHN DOES 1-10,<br><br>                      Defendants. | Cause No. CV-18-146-BLG-SPW-TJC<br><br>**DEFENDANTS' RULE 12(b) MOTION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Scoobeez, Inc., Shahan Ohanessian, and Scoobeez Global, Inc. respectfully move the Court to dismiss this case <u>without prejudice</u>. A brief in support is being filed concurrently with this motion. Plaintiff's counsel has been contacted and objects to the motion.

DATED this 21st day of November, 2018.

                         MOULTON BELLINGHAM PC

                         By ___/s/ Adam J. Tunning____
                             DOUG JAMES
                             ADAM J. TUNNING
                             27 N. 27th Street, Suite 1900
                             P. O. Box 2559
                             Billings, Montana 59103-2559

                             Attorneys for Defendants

4829-9167-2187, v. 1