IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOOBEEZ, INC., SHAHAN OHANESSIAN, SCOOBEEZ GLOBAL, INC., <br><br> Defendants. | CV 18-146-BLG-SPW-TJC <br><br> **ORDER** |

On May 2, 2019, Defendants filed a Notice of Bankruptcy Case Filing indicating Defendants Scoobeez, Inc. and Scoobeez Global, Inc. filed for bankruptcy under of Chapter 11 of the United States Bankruptcy Code. (Doc. 12.) Accordingly, IT IS ORDERED that these proceedings are stayed as to Scoobeez, Inc. and Scoobeez Global, Inc. pursuant to 11 U.S.C. § 362.

**IT IS ORDERED**.

DATED this 2nd day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge